UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                           Proceeding Date: March 3, 2026

MAGISTRATE JUDGE SHARON A. KING

Court Reporter: Recorded

Title of Case:                                           Docket:   Civil 25-2551(RMB/SAK)
LENTO LAW GROUP
  VS
REID

Appearances:
Lawrence Katz, Esq. for plaintiff
Nickesha Reid, Pro Se Deft.

Nature of Proceedings:        SETTLEMENT CONFERENCE
                                 (NOT ON THE RECORD)
Case not Settled.

                              INITIAL SCHEDULING CONFERENCE
                                    (ON THE RECORED)
Scheduling Order to be entered.

Time Commenced:  2:00 pm  Time Adjourned:  3:00 pm  Total Time:1 Hour Settlement Conf
Time Commenced: 3:05 pm   Time Adjourned:  3:20 pm  Total Time: 15 Minutes Initial Conf

                                                s/  Marnie Maccariella
                                                    DEPUTY CLERK

Cc: Chambers