IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

LENTO LAW GROUP, P.C.,

    Plaintiff,

v.

NICKESHA V. REID,

    Defendant.

Civil Action No. 25-2551 (RMB/SAK)

**ORDER**

This Matter comes before the Court upon Defendant's Motion to Dismiss – Supplemental Notice [Dkt. Ent. No. 29], Motion to Disqualify Counsel [Dkt. Ent. No. 32], and Motion to Disqualifies [sic] – Supplemental Notice [Dkt. Ent. No. 33]; and the Court having reviewed those submissions and having found that those motions lack merit;

IT IS ON THIS **4th** day of **March** **2026**, hereby **ORDERED** that the Motions [Dkt. Ent. Nos. 32 and 37] are **DENIED WITHOUT PREJUDICE**; and

IT IS FURTHER **ORDERED** that the Motion to Dismiss [Dkt. Ent. No. 29] is **DENIED WITHOUT PREJUDICE**.

                                        s/Renée Marie Bumb
                                        RENÉE MARIE BUMB
                                        Chief United States District Judge