UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                        Proceeding Date: April 29, 2026

 MAGISTRATE JUDGE SHARON A. KING

Court Reporter: Recorded


Title of Case:                                        Docket:    Civil 25-2551(RMB/SAK)
LENTO LAW GROUP
  VS
REID

Appearances:
Lawrence Katz, Esq. for plaintiff
Nickesha Reid, Pro Se Deft.


Nature of Proceedings:          STATUS CONFERENCE
                                (ON THE RECORD)


Time Commenced:  10:30 am  Time Adjourned: 10:50 am  Total Time: 20 Minutes

                                        s/  Marnie Maccariella
                                        DEPUTY CLERK


Cc: Chambers