[Docket No. 30]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

LENTO LAW GROUP, P.C.,

Plaintiff,

v.

NICKESHA V. REID,

Defendant.

Civil Action No. 25-2551
(RMB/SAK)

**ORDER**

**THIS MATTER** comes before the Court upon the "Motion for Status Conference and Clarification of Scope of Action" [Docket No. 30] filed by *pro se* Defendant Nickesha V. Reid ("Defendant") on February 19, 2026. Therein, Plaintiff requests a status conference to "ensure orderly proceedings" and clarify the claims and parties involved in the action, as well as the parties' respective rights as to any possible settlement. The Court observes that since the filing of the instant motion, the Honorable Sharon A. King, United States Magistrate Judge, has held an in-person settlement conference and initial conference on March 3, 2026 [Docket No. 37]. Judge King has also issued a scheduling order [Docket No. 38], setting forth discovery deadlines, as well as deadlines to file motions for leave to amend the pleadings to add new parties or claims and for dispositive motions. Thereafter, on April 29, 2026, Judge King held an additional status conference with the parties [Docket No. 40] and issued an order revising certain discovery deadlines and scheduling a follow-up status

conference for June 10, 2026 [Docket No. 41].  Clearly, the relief sought by Defendant in the instant motion has already been addressed by the proceedings before Judge King.

**ACCORDINGLY, IT IS HEREBY**, on this **12th** day of **May 2026**,

**ORDERED** that Defendant's Motion for Status Conference and Clarification of Scope of Action [Docket No. 30] is **DENIED AS MOOT**; and it is finally

**ORDERED** that the Clerk of the Court shall **MAIL** a copy of this Order to *pro se* Defendant by regular U.S. mail and **NOTE** the completion of same on the docket.

**/s/Renée Marie Bumb**
RENÉE MARIE BUMB
Chief United States District Judge

2