**LLG National Law Group**

525 Route 73 North
Suite 104
Marlton, NJ 08052
Lawrence Katz, Esquire
Email: lawrence.katz@llgnational.com
Phone: 856-652-2000  Ext. 497

u, 2026

Honorable Sharon A. King
U.S. District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

RE:     CASE #: 1:25-cv-02551-RMB-SAK

Dear Judge King:

I am pleased to report that the parties have been able to resolve this case.  The resolution is consistent with the discussions we had and that you recommended during the last Settlement Conference.  The parties sincerely appreciate your assistance, without which, a settlement could not have been reached.

We ask that the case be concluded by a Consent Order.  I have attached the proposed and agreed upon Order.

Thank you.

Respectfully,

LAWRENCE A KATZ
Counsel for Plaintiffs

Atlanta, GA • Birmingham, AL • Cherry Hill, NJ • Detroit, MI • El Paso, TX • Flint, MI • Los Angeles, CA
Mobile, AL • New York, NY • Philadelphia, PA • Phoenix, AZ • Puerto Plata, DR • San Juan, PR •
Santiago, DR • Salt Lake City, UT • Tucson, AZ • Washington, DC