**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LENTO LAW GROUP, P.C.,<br><br>      Plaintiff,<br><br>   v.<br><br>NICKESHA V. REID a/k/a REID NICKY,<br><br>      Defendant. | Civil Action No.:  1:25-cv-02551 |

**CONSENT ORDER**

The parties to this lawsuit, as a means of resolving it, consent to the following:

1. Defendant, NICKESHA V. REID a/k/a REID NICKY, attests that she has removed the social media (Facebook) posts that were the subject matter of this litigation.

2. Defendant, NICKESHA V. REID a/k/a REID NICKY, agrees that should the social media (Facebook) posts that were the subject matter of this litigation repopulate themselves, she will promptly remove them.

3. Defendant, NICKESHA V. REID a/k/a REID NICKY, shall not re-post on Facebook or any other social media platform the (Facebook) posts that were the subject matter of this litigation.

4. Defendant, NICKESHA V. REID a/k/a REID NICKY, shall not disparage the LENTO LAW FIRM, LENTO LAW GROUP, PC, MR. JOHN GROFF, or any of the firms' attorneys or other personnel, in any manner likely to be harmful to them or their business, business reputation, or personal reputation;

1

provided that the parties may respond accurately and fully to any question, inquiry, or request for information when required by the legal process.

5. LENTO LAW FIRM, LENTO LAW GROUP, PC, MR. JOHN GROFF, or any of the firms' attorneys or other personnel, shall not disparage Defendant, NICKESHA V. REID a/k/a REID NICKY, in any manner likely to be harmful to her or her business, business reputation, or personal reputation; provided that the parties may respond accurately and fully to any question, inquiry, or request for information when required by the legal process.

6. This Consent Order does not prohibit any of the parties, or their representatives, from testifying in any legal proceeding brought in any federal or state court, an administrative agency, or an attorney discipline or ethics proceeding.

7. All parties will not discuss this lawsuit or its resolution with any person other than their respective legal representatives, accountants or by way of court Order, nor will the parties in any way publicize in any news or communications media, including but not limited to, newspapers, magazines, radio or television, or any form of social media, the facts or terms and conditions of this lawsuit and resolution.

8. This lawsuit shall be dismissed with prejudice. However, the Court retains jurisdiction to address any alleged violations of this Order.

BY THE COURT:

_____

HON. SHARON A. KING, U.S.M.J.

DATED: _____