**Motions**

<u>1:25-cv-02551-RMB-SAK LENTO LAW GROUP, P.C. v. REID</u>

PROSE,RULE16

**Please remember to send in your courtesy copies to chambers marked *Courtesy Copy*. For further Judge Preference information <u>click here.</u>**

## U.S. District Court

## District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 2/24/2026 at 11:58 AM EST and filed on 2/24/2026

| | |
|---|---|
| **Case Name:** | LENTO LAW GROUP, P.C. v. REID |
| **Case Number:** | <u>1:25-cv-02551-RMB-SAK</u> |
| **Filer:** | NICKESHA V. REID |
| **Document Number:** | <u>33</u> |

**Docket Text:**
**MOTION to Disqualifies- Supplemental Notice by NICKESHA V. REID. (js)**

**1:25-cv-02551-RMB-SAK Notice has been electronically mailed to:**

**LAWRENCE ALAN KATZ    lawrence.katz@llgnational.com, amarco@ckmo.com**

**NICKESHA V. REID    ms.nickireid@gmail.com**

**1:25-cv-02551-RMB-SAK Notice has been sent by regular U.S. Mail:**

**SCHALOR BLACKSHEAR**
**BLACKSHEAR LAW LLC**
**2230 ROUTE 70 W STE 2 1490**
**CHERRY HILL, NJ 08002**

**The following document(s) are associated with this transaction:**

**Document description:Main Document**
**Original filename:n/a**
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1046708974 [Date=2/24/2026] [FileNumber=20429190-0] [2d52c46266a963fe285f52eb6a45b8d39b7f96fbc4c69d64c0382a84af6d8ef47a48dc2207d33baa51c0ff3fe9e3e5f1fb3f70c1d701210dc41e5ee05bc5eeef]]





$001.63
02/24/2026 ZIP 08101
043M31257644

RECEIVED

JUN 0 5 2026

AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ ___M



SCHAL...

| | | |
|---|---|---|
| -R-T-S- | 088022044-1N | 05/30/26 |

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER